# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ALEXANDER WASHINGTON, JR.,

    Plaintiff,

v.                                                CASE NO. 4:07cv30-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This matter is before the court on the magistrate judge's report and recommendation (document 15), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The Commissioner's decision denying plaintiff's application for

disability benefits is AFFIRMED. The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 7th day of October, 2007.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge